OFFICE OF DISCIPLINARY COUNSEL *v.* CONLEY.

[Cite as Disciplinary Counsel *v.* Conley (1991), 60 Ohio St. 3d 60.]

(No. 90-2539—Submitted February 13, 1991—Decided May 29, 1991.)

*J. Warren Bettis*, disciplinary counsel, and *Karen B. Hull*, for relator.

*Thomas L. Adgate*, for respondent.

*Per Curiam.* We agree with the findings and recommendation of the board and indefinitely suspend respondent from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.